ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 2:39 PM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 15-24-00089-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 2:39:05 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIFTEENTH JUDICIAL DISTRICT
# AUSTIN, TEXAS

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
*Appellant,*

**v.**

**LE ROY TORRES,**
*Appellee.*

On Appeal from the
County Court at Law Number One, Nueces County
No. 2017-CCV-61016-1

## APPELLEE'S RESPONSE TO APPELLANT'S MOTION FOR CONTINUANCE OF ORAL ARGUMENT

Stephen J. Chapman
State Bar No. 24001870
**CHAPMAN LAW FIRM**
710 N. Mesquite, 2nd Floor
Corpus Christi, Texas 78401
Telephone: (361) 883-9160
Facsimile: (361) 883-9164
schapman@chaplaw.net

Brian J. Lawler
*Pro Hac Vice*
**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, California 92117
Telephone: (619) 255-2398
Facsimile: (619) 231-4984
blawler@pilotlawcorp.com

Attorneys for Appellee

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Plaintiff/Appellee Le Roy Torres hereby files this Response to Appellant's Opposed Motion for Continuance of Oral Argument, scheduled for April 15, 2025. In support of his Response, Appellee respectfully submits the following:

The jury in this case returned a unanimous verdict in Appellee's favor on September 20, 2023, nearly a year and a half ago. The trial court entered a modified final judgment on March 26, 2024. On April 17, 2024, Appellant filed a Motion for New Trial, which the trial court denied on May 29, 2024.

On June 20, 2024, Appellant timely filed its Notice of Appeal with the trial court, which was docketed in the Thirteenth Court of Appeals on June 21, 2024. On September 3, 2024, the case was transferred to this Court.

On September 20, 2024, Appellant filed a Motion for Extension to file its Opening Brief, which Appellee did not oppose, and on October 24, 2024, Appellant filed its Opening Brief. On November 19, 2024, Appellee filed his Motion for Extension of Time to file his Response Brief, which Appellant did not oppose, and on December 16, 2024, Appellee filed his Response Brief.

On December 17, 2024, Appellant filed a Motion for Extension to file its Reply Brief, which Appellee did not oppose, and on January 24, 2025, Appellant filed its Reply Brief.

Now, comes Appellant and requests another continuance of more than a month in a case that has been pending post-verdict for nearly 18 months. Mr. Torres cannot agree to the requested extension and respectfully opposes it.

Moreover, Appellee's counsel, Mr. Lawler, has a mediation in Richmond, Virginia from May 20-22, 2025, and a pre-planned vacation from May 23-28, 2025. Mr. Lawler also has a trial set on June 17, 2025, in the Southern District of West Virginia in the matter of *Josh Workman v. Scenic Enterprise, Inc*, Case No. 2:23-cv-00783, with its pretrial conference on June 2, 2025, and the final settlement conference on June 16, 2025, all in person in Charleston, West Virginia.

Mr. Lawler is also scheduled to attend the National Employment Lawyers Association ("NELA") Annual Convention in Baltimore, Maryland from June 25-28, 2025. It is time for this appeal to be heard. Mr. Torres has grave medical conditions that have gotten, and will continue to get worse, and the ongoing delays only prejudice him further as his health deteriorates.

## PRAYER

Therefore, Plaintiff/Appellee Captain Le Roy Torres respectfully requests that this Court deny Appellant's Motion for Continuance and set oral argument in this case for April 15, 2025.

Respectfully submitted,

By:   /s/ Stephen J. Chapman

Stephen J. Chapman

**WEBB, CASON & MANNING**

710 Mesquite Street

Corpus Christi, Texas 78401

Telephone: (361) 887-1031

Facsimile: (361) 887-0903

State Bar No. 24001870

steve@wcctxlaw.com

Brian J. Lawler

*Pro Hac Vice*

**PILOT LAW, P.C.**

4632 Mt. Gaywas Dr.

San Diego, California 92117

Telephone: (619) 255-2398

Facsimile: (619) 231-4984

blawler@pilotlawcorp.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF COMPLIANCE

Microsoft Word reports that this brief contains 445 words, excluding the

portions of the brief exempted by Rule 9.4(i)(1).

/s/ Stephen J. Chapman

Stephen J. Chapman

## CERTIFICATE OF SERVICE

I, Stephen J. Chapman, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record as required by the T.R.A.P., on this the 26th day of March 2025.

Ken Paxton
Jeffrey C. Mateer
Scott A. Keller
John C. Sullivan (lead counsel)
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Jason T. Contreras
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/s/ Stephen J. Chapman
Stephen J, Chapman

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Pena on behalf of Stephen Chapman
Bar No. 24001870
jennifer@wcctxlaw.com
Envelope ID: 98922465
Filing Code Description: Response
Filing Description: Appellee's Response to Appellant's Motion for Continuance of Oral Argument
Status as of 3/26/2025 2:45 PM CST

Associated Case Party: Texas Department of Public Safety

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/26/2025 2:39:05 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/26/2025 2:39:05 PM | SENT |

Associated Case Party: Leroy Torres

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 3/26/2025 2:39:05 PM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 3/26/2025 2:39:05 PM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 3/26/2025 2:39:05 PM | SENT |